IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **JUANITA DOE,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | |
| | § | **MO:23-CV-00091-DC** |
| | § | |
| **MIDLAND COUNTY, JUAN** | § | |
| **CARLOS SERNA-VENEGAS,** | § | |
| **SERGEANT PETERS, and** | § | |
| **MARISELA MARTINEZ,** | § | |
| *Defendants.* | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the report and recommendation[1] from United States Magistrate Judge Ronald C. Griffin concerning Defendant Marisela Martinez's Motion to Dismiss[2] and Plaintiff Juanita Doe's response in opposition.[3] Pursuant to 28 U.S.C. § 636(b) and Appendix C of the Local Rules of the United States District Court for the Western District of Texas, Judge Griffin issued his report and recommendation on July 25, 2024.[4] As of the date of this order, no party filed objections to the report and recommendation.

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure de

---

[1] ECF No. 25.

[2] ECF No. 16.

[3] ECF No. 17.

[4] ECF No. 25.

novo review by the district court. When no objections are timely filed, a district court can review the magistrate judge's report and recommendation for clear error.[5]

Because no party filed timely objections, the Court reviews the report and recommendation for clear error. Having done so and finding no clear error, the Court accepts and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the Report and Recommendation of the United States Magistrate Judge[6] is **ADOPTED**. Defendant Marisela Martinez's motion to dismiss is **GRANTED**.[7] Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

It is so **ORDERED**.

SIGNED this 13th day of August, 2024.

DAVID  COUNTS
UNITED STATES DISTRICT JUDGE

---

[5] *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

[6] ECF No. 25.

[7] ECF No. 16.