**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **JUANITA DOE,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | |
| | § | |
| **MIDLAND COUNTY, JUAN CARLOS** | § | **MO:23-CV-00091-DC-RCG** |
| **SERNA-VENEGAS, SERGEANT PETERS,** | § | |
| **and MARISELA MARTINEZ,** | § | |
| *Defendants.* | § | |
| | § | |
| | § | |

## ORDER SETTING STATUS CONFERENCE

BEFORE THE COURT is the status of the above case. This case is before the Court through a Standing Order pursuant to 28 U.S.C. § 636 and Appendix C of the Local Court Rules for the Assignment of Duties to United States Magistrate Judges. Pursuant to Rule 16 of the Federal Rules of Civil Procedure, the undersigned finds it necessary to set this case for a Status Conference to discuss amongst other topics, the procedural posture of this case and necessary actions going forward.

Accordingly, it is hereby **ORDERED** that a hearing on the status of this case will be held on **Thursday, October 3, 2024, at 1:30 p.m.** via Zoom. The Court will supply the Parties with the necessary Zoom meeting information via email within 24 hours of the scheduled hearing time.

It is so **ORDERED**.

SIGNED this 25th day of September, 2024.

_____
RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE