IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| JUANITA DOE, § | | |
|     *Plaintiff*, § | | |
| § | | |
| v. § | MO:23-CV-00091-DC-RCG | |
| § | | |
| MIDLAND COUNTY, JUAN CARLOS § | | |
| SERNA-VENEGAS, DAVID CRINER, § | | |
| SGT. PETERS, AND MARISELA § | | |
| MARTINEZ, § | | |
|     *Defendants*. § | | |

### ORDER ON JOINT STATUS REPORT

On October 11, 2024, the Court held a phone status conference with counsel of record in this case. (Doc. 28). The Court ordered the Parties to meet and confer regarding the identity of Defendant Sgt. Peters. (Doc. 29). On December 13, 2024, the Parties provided a Joint Status Memorandum showing they have identified "Sgt. Peters" as possibly being Sgt. Jacob Pierce, who was and still is, employed as a jailer with Midland County Sheriff's Department. (Doc. 30). The Parties stated they would work to determine whether Sgt. Pierce is the individual referred to and will provide further updates to the Court. *Id*.

Accordingly, the Court **ORDERS** the parties to file another Joint Status Report with the Court on or before **February 14, 2025**, concerning the status of this case.

It is so **ORDERED**.

SIGNED this 16th day of January, 2025.

_____
RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE