# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| JUANITA DOE, § | |
|     *Plaintiff*, § | |
| § | |
| v. § | MO:23-CV-00091-DC-RCG |
| § | |
| JUAN CARLOS SERNA-VENEGAS and § | |
| SERGEANT PETERS, § | |
|     *Defendants*. § | |

## ORDER SETTING HEARING ON MOTION FOR DEFAULT JUDGMENT

BEFORE THE COURT is Plaintiff Juanita Doe's ("Plaintiff") Motion for Default Judgment against Defendant Juan Carlos Serna-Venegas. (Doc. 40). This case is before the Court through a Standing Order pursuant to 28 U.S.C. § 636 and Appendix C of the Local Court Rules for the Assignment of Duties to United States Magistrate Judges.

It is hereby **ORDERED** that a hearing on Plaintiff's Motion for Default Judgment will be held on **Thursday, June 26, 2025, at 1:30 p.m.** Since a default judgment hearing pursuant to Federal Rule of Civil Procedure 55(b) is an evidentiary hearing, Plaintiff's counsel shall call a witness(es) to prove Plaintiff's claims for the relief sought in its Complaint and shall introduce evidence appropriate and relevant exhibits except, if appropriate, reasonable attorney's fees shall be proven by appropriate affidavit.

It is so **ORDERED**.

SIGNED this 30th day of May, 2025.

_____
RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE