# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **JUANITA DOE,** *Plaintiff* | § § § § | |
| v. | § § | MO:23-CV-00091-DC |
| **JUAN CARLOS SERNA-VENEGAS, SGT PETERS,** *Defendants* | § § § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the report and recommendation from United States Magistrate Judge Ronald C. Griffin concerning Plaintiff's Motion for Default Judgment.[1] Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, Magistrate Judge Griffin issued his report and recommendation on August 19, 2025.[2] As of the date of this order, no party has filed objections to the report and recommendation.

28 U.S.C. § 636(b) permits a party to serve and file written objections to a magistrate judge's proposed findings or recommendations within fourteen days after being served with a copy of the report and recommendations. The Court will review *de novo* the portions of the report and recommendations objected thereto. When no objections are timely filed, the Court need only review the magistrate judge's report and recommendation for clear error.[3]

---

[1] Doc. 40.
[2] Doc. 50.
[3] Fed. R. Civ. P. 72 advisory committee's note.

Because no party in this case has filed timely objections, the Court reviews the report and recommendation for clear error. Having done so and finding no clear error, the Court accepts and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the Report and Recommendation of the United States Magistrate Judge[4] is **ADOPTED**. Plaintiff's Motion for Default Judgment[5] is **GRANTED in part** and **DENIED in part**.

It is **FURTHER ORDERED** that Plaintiff's Motion for Attorney's Fees[6] is **GRANTED**.

It is so **ORDERED**.

SIGNED this 3rd day of September, 2025.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE

---

[4] Doc. 50.
[5] Doc. 40.
[6] Doc. 45.